ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII    *CR 05-103  Som*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 05-0093 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | WARRANT FOR ARREST |
| vs. | ) | |
| | ) | *FILED IN THE* |
| | ) | UNITED STATES DISTRICT COURT |
| EUGENE RAYMOND HALL, | ) | DISTRICT OF HAWAII |
| LESLIE KAPUALEILANI LUM-KING, | ) | |
| Defendants | ) | FEB 2 6 2007 |
| | ) | |
| | ) | at 10 o'clock and ___ min. |
| | ) | SUE BEITIA, CLERK |

## WARRANT FOR ARREST

TO:  ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

You are hereby commanded to arrest EUGENE RAYMOND HALL
and LESLIE KAPUALEILANI LUM-KING, and bring them forthwith to the
nearest magistrate to answer a complaint charging them with
possession of methamphetamine in excess of 50 grams, with intent
to distribute, in violation of Title 21, United  States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2..

Issued this __15th__ day of February, 2005, at Honolulu, Hawaii.

_____
United States Magistrate Judge
District of Hawaii

Bail fixed at $ *to be determined by*    _____ */duty judge*
                              United States Magistrate Judge
                              District of Hawaii    SEAL

2

---
---

RETURN

---

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE
ABOVE-NAMED DEFENDANT AT _____.

DATE RECEIVED: _____

DATE OF ARREST: FEB 1 5 2005

NAME AND TITLE OF ARRESTING OFFICER: _Special Agent Rachel A Byrd_

SIGNATURE OF ARRESTING OFFICER: _Rachel A Byrd_