# MINUTES

CASE NUMBER:      CR 05-00103SOM

CASE NAME:        USA vs.  (02) Leslie Kapualeilani Lum-King

ATTYS FOR PLA:    Thomas Brady for Louis Bracco
                  Mark Nugent (USPO)

ATTYS FOR DEFT:   02 Jack Schweigert

INTERPRETER:

---

JUDGE:   Susan Oki Mollway        REPORTER:    Debra Chun

DATE:    8/29/2007                TIME:        9:10 - 9:20

---

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be
Revoked -

Defendant (02) Leslie Kapualeilani Lum-King present and in custody.

Defendant sworn to financial affidavit.

Motion for Court Appointed Counsel - Granted.

Jack Schweigert  appointed as counsel.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support the violations and the defendant
has not met the conditions of supervision.

Mr. Schweigert requests additional time in order to research available options - Granted.

This hearing is continued to 9/12/07 @ 9:00 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.