AO 245B   (Rev. 6/05) Judgment in a Criminal Case
          Sheet 2 - Imprisonment

CASE NUMBER:      1:05CR00103-002 SOM                                    Judgment - Page 3 of 5
DEFENDANT:        LESLIE KAPUALEILANI LUM-KING

CC'd Financial

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWO (2) MONTHS

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2007

at 1 o'clock and 20 min. P.M.
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on __09-24-07__ to __FDC Honolulu__
at __Honolulu, HI__, with a certified copy of this judgment.

Linda T. McGrew
WARDEN ~~UNITED STATES MARSHAL~~

By  W. Tsai
    LIE  ~~Deputy U.S. Marshal~~