ORIGINAL          CR 05-00103 SOM-02

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MA 05-0093LEK-02 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Leslie Kapualeilani Lum-King, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2005

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Leslie Kobayashi United States Magistrate Judge in the above-entitled case, Passport Number 120755897 issued at Hawaii, USA, on November 24, 2000 to the above-named defendant, was surrendered to the custody of the Clerk of court on February 17, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:         1980

Place of Birth:     Hawaii. USA

Dated at Honolulu, Hawaii on February 17, 2005.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 3/31/08            Signature: _____
                                         Owner of Passport